UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNAH M LEONARD, | CASE NO. C19-6099 BHS |
| Plaintiff, | ORDER |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff Hannah Leonard's Motion to determine a reasonable attorneys' fee, Dkt. 49, and on Leonard's Motion to Seal the motion and the documents upon which it is based, Dkt. 48.

The Motion to Seal, Dkt. 48, is GRANTED and the documents filed in connection with this motion shall be filed under seal.

The larger motion arises from the fact that, prior to trial in this matter, Leonard terminated her prior counsel, the Davis Law Group (DLG), and instead retained her current counsel, Rossi Vucinovich. DLG asserted an attorneys' lien under RCW 60.40.010. Some four months later, Leonard settled her claims against Amtrak arising out

ORDER - 1

of the derailment of Amtrak 501 near DuPont, Washington. Leonard now asks the Court to determine a reasonable fee for the services DLG performed while the Firm was engaged as Leonard's counsel. Dkt. 52. She argues that DLG did not properly "work up" the case, and that a reasonable fee for the work performed is at most $50,000. *Id*. at 15. She argues that the best offer she received from Amtrak was $200,000 at mediation, and that even under DLG's contingent fee agreement, the most it could recover based on that offer is $67,000.

Among other arguments, DLG contends that while DLG and Leonard declined the "mediator's proposal" of a $1.5 million settlement at mediation, Amtrak would have accepted that proposal, and DLG asks the Court for the right to subpoena the mediator to confirm that fact. Dkt. 63 at 12.

Any reluctance the Court might have to issuing such a subpoena is tempered by the fact that the filings will be under seal, and by the fact Leonard contends that Amtrak told her at the second, successful mediation that it rejected the mediator's proposal while DLG was her counsel. Dkt. 69 at 7, n.10.

DLG's request for the Court's leave to issue such a subpoena to mediator Thomas V. Harris is therefore GRANTED. DLG shall file a short (not more than 5 pages) supplemental brief when it has obtained the information it seeks, and Leonard may file an equally short supplemental reply within a week of that filing. Leonard's underlying Motion for the Court to determine a reasonable attorneys' fee, Dkts. 49 and 52, is RE-NOTED for September 16, 2022.

IT IS SO ORDERED.

Dated this 18th day of August, 2022.

BENJAMIN H. SETTLE
United States District Judge